PER CURIAM.
Affirmed. Sturdivan v. State, 419 So.2d 300, 301 (Fla.1982); Sireci v. State, 399 So.2d 964, 967 (Fla.1981), reh. denied, 456 U.S. 984, 102 S.Ct. 2257, 72 L.Ed.2d 862 (1982); Hoffman v. State, 397 So.2d 288 (Fla.1981); Lynch v. State, 293 So.2d 44, 45 (Fla.1974); McCutchen v. State, 96 So.2d 152, 153 (Fla.1957); Moore v. State, 418 So.2d 435, 436 (Fla. 3d DCA 1982); Kaelin v. State, 410 So.2d 1355 (Fla. 4th DCA 1982); Knight v. State, 392 So.2d 337, 338-39 (Fla. 3d DCA), review denied, 399 So.2d 1143 (Fla.1981); Rodriguez v. State, 379 So.2d 657 (Fla. 3d DCA), cert. denied, 389 So.2d 1114 (Fla.1980); Peak v. State, 363 So.2d 1166, 1168 (Fla. 3d DCA 1978), cert. denied, 373 So.2d 460 (Fla.), cert. denied, 444 U.S. 970, 100 S.Ct. 462, 62 L.Ed.2d 384 (1979), § 90.6063, Fla.Stat. (1981).